Lisa S. Kantor, Esq., SBN 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. SBN 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Mary M.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY M., <br><br> Plaintiff, <br><br> v. <br><br> INTUITIVE SURGICAL, INC. BENEFIT PLANS, <br><br> Defendant. | Case No.: 5:18-cv-06719-NC <br><br> STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER |

TO THE HONORABLE NATHANAEL M. COUSINS AND HIS COURT CLERK:

IT IS HEREBY STIPULATED, by and between Plaintiff MARY M. and Defendant INTUITIVE SURGICAL, INC. BENEFIT PLANS, by and through their respective counsel of record, that this action shall be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

IT IS SO STIPULATED.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

| | | |
|---|---|---|
| DATED: June 24, 2019 | | KANTOR & KANTOR, LLP |
| | By: | */s/ Elizabeth K. Green* |
| | | Elizabeth K. Green |
| | | Attorneys for Plaintiff, |
| | | Mary M. |
| DATED: June 24, 2019 | | LITTLER MENDELSON |
| | By: | */s/ Darren Nadel* |
| | | Darren Nadel |
| | | Attorney for Defendants |
| | | Intuitive Surgical, Inc. Benefits Plan |

*Filer's Attestation:  Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Elizabeth K. Green hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.*

## ORDER FOR DISMISSAL
## OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.

DATED: June 24, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

2
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE;ORDER